CLERK'S COURTROOM MINUTE SHEET – CRIMINAL
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
FT. LEAVENWORTH

CASE NO. __07PO7122_____ NAME __UNITED STATES v. KENNETH E BRIGHT__
_____Petition _____Information _____Violation Notice

PROCEEDING ON DATE: __13 JUNE 2007_____

**APPEARANCES**                            Counter _____1338_____

    Government:
        __X__ JOSHUA KELLCY

    Defendant: __X__ IN PERSON _____In Custody/_____On Bond/_____Summons Issued
        _____ BY COUNSEL _____

    PRESIDING MAGISTRATE JUDGE: __X__ **DAVID J. WAXSE**

    CLERK: __x__ MARILYN WARD

__X__ Charges explained to the defendant    __X__ Defendant's constitutional rights explained

_____ Defendant's financial status examined by PTS    _____ Counsel appointed

_____ Waiver to be tried before Magistrate Judge    Sworn In  **OFFICER BAKER**

Interpreter Name _____

> _____ Plea - Guilty  __Count (s):__ _____        _____ PSI report ordered

> __X__ Plea - Not Guilty  __Count (s): I_____

> Motions to File _____
      Response(s) to Motions to be filed: _____

> Bail _____        > Motion for: _____

> Defendant found Guilty __X__ __Count(s): I_____
    Fine __$55.00__ Diversion Fee _____ S.A. __$0.00__ Payment Slip Given to Defendant __X__

*ADDITIONAL INFORMATION*

| _Hearing 1_ | _Hearing 2_ | _Hearing 3_ | _Hearing 4_ |
|---|---|---|---|
| **13-Jun-07** | | | |
| Judge | Judge | Judge | Judge |
| **DAVID J. WAXSE** | | | |
| Hearing Time | Hearing Time | Hearing Time | Hearing Time |
| **1:00 PM** | | | |
| Type of Hearing | Type of Hearing | Type of Hearing | Type of Hearing |
| **Trial** | | | |
| Outcome | Outcome | Outcome | Outcome |

FILED
JUN 13 2007
RALPH L. DeLOACH, Clerk
By _____ Deputy